DISMISS and Opinion Filed April 22, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00112-CV

**LEASHA HARDIN, Appellant**
**V.**
**TREYMORE EASTFIELD, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-07031-A**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellee's motion to dismiss the appeal. Appellee contends this appeal from a forcible detainer action should be dismissed because he is now in possession of the property. We note that the trial court awarded appellee unpaid rent and attorney's fees in addition to possession of the property. Issues on appeal not dependent on the trial court's possession determination are reviewable on appeal. *See Rice v. Pinney*, 51 S.W.3d 705, 707-08 (Tex. App.—Dallas 2001, no pet.).

Nevertheless, in a postcard notice dated April 10, 2014, the Court notified appellant that her brief was past due. We instructed appellant to file, within ten days, her brief along with an extension motion. We cautioned appellant that failure to file a brief and an extension motion within the time requested will result in dismissal of her appeal without further notice. As of

today's date, appellant has not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). We deny as moot appellee's motion to dismiss the appeal.

140112F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LEASHA HARDIN, Appellant

No. 05-14-00112-CV      V.

TREYMORE EASTFIELD, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas.
Trial Court Cause No. CC-13-07031-A.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is DISMISSED.

It is ORDERED that appellee, TREYMORE EASTFIELD, recover his costs of this appeal from appellant, LEASHA HARDIN.

Judgment entered April 22, 2014.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–